## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: March 25, 2011

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) _____ and defendant(s) _____

3. Number of depositions by plaintiff(s) of: parties _____ non-parties _____

4. Number of depositions by defendant(s) of: parties _____ non-parties _____

5. Date for completion of factual discovery: February 23, 2012

6. Number of expert witnesses of plaintiff(s): ____ medical   2  non-medical

    Date for expert report(s): March 23, 2012

7. Number of expert witnesses of defendant(s): ____ medical   2  non-medical

    Date for expert report(s): March 23, 2012

8. Date for completion of expert discovery: April 23, 2012

9. Time for amendment of the pleadings by plaintiff(s) July 1, 2011
or by defendant(s) September 2, 2011

10. Number of proposed additional parties to be joined by plaintiff(s) ___ and by defendant(s) ___ and time for completion of joinder: _____

11. Types of contemplated dispositive motions: plaintiff(s): _____
    defendant(s): summary judgment

12. Dates for filing contemplated dispositive motions: plaintiff(s):   June 25, 2012
    defendant(s): June 25, 2012

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. At this time, electronic discovery is believed to be limited to any relevant pay records, time records, schedules and training modules.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.
Not at this time.

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
Yes ___ No _x_

---

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.