IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMEL TOURE and ANDREA BURCH, individually and on behalf all others similar situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>AMERIGROUP CORP. and AMERIGROUP NEW YORK, LLC, d/b/a AMERIGROUP Community Care<br><br>                     Defendants. | **CONSENT TO BE A PARTY PLAINTIFF** |

    1.    I consent to be a party plaintiff in a lawsuit against Amerigroup Corp., Amerigroup New York, LLC, and/or related entities and individuals in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

    2.    By signing and returning this consent form, I hereby designate representative Plaintiffs Toure and Burch, and Plaintiffs' attorneys Outten & Golden LLP, Morgan & Morgan, P.A., and the Law Office of Justin A. Zeller ("Plaintiffs' Attorneys") to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf by the representative Plaintiffs and Plaintiffs' attorneys. I understand that reasonable costs expended by Plaintiffs' Attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Attorneys will petition the Court to award them attorneys' fees from any settlement or judgment in the amount of the greater of: (1) their "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____
Signature

_02-17-12_____
Date

RAMIRO GUEVARA
Print

REDACTED
Address

Flushing, NY, 11355
City, State and Zip Code