Case 1:10-cv-05391-RLM   Document 93   Filed 07/23/12   Page 1 of 2 PageID #: 525

| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **MORGAN & MORGAN, P.A.** |
| Adam T. Klein | Carlos V. Leach* |
| Rachel Bien | Andrew R. Frisch |
| Michael J. Scimone | 6824 Griffin Road |
| 3 Park Avenue, 29th Floor | Davie, Florida 33314 |
| New York, New York 10016 | Telephone:  (954) 318-0268 |
| Telephone:  (212) 245-1000 | *Admitted pro hac vice |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMEL TOURE and ANDREA BURCH, individually and on behalf all others similarly situated,<br><br>                        Plaintiffs,<br><br>   v.<br><br>AMERIGROUP CORP. and AMERIGROUP NEW YORK, LLC d/b/a Amerigroup Community Care,<br><br>                        Defendants. | 10 Civ. 5391 (RLM) |

**NOTICE OF MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, <u>AND APPROVAL OF THE FLSA SETTLEMENT</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement and in the Declaration of Rachel Bien ("Bien Decl.") and accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order:

    (1)    certifying the settlement class;

    (2)    granting final approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Bien Decl.;

(2) granting approval of the FLSA settlement; and

(3) granting such other, further, or different relief as the court deems just and proper.

Plaintiffs have submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: July 23, 2012
      New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**

/s/ Rachel Bien
Rachel Bien

Adam T. Klein
Rachel Bien
Michael J. Scimone
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**MORGAN & MORGAN, P.A.**
Carlos V. Leach*
Andrew R. Frisch
6824 Griffin Road
Davie, Florida 33314
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
*Admitted pro hac vice

*Attorneys for Plaintiffs and the Class*
