| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Adam T. Klein<br>Rachel Bien<br>Michael J. Scimone<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone:  (212) 245-1000 | **MORGAN & MORGAN, P.A.**<br>Carlos V. Leach*<br>Andrew R. Frisch<br>6824 Griffin Road<br>Davie, Florida 33314<br>Telephone:  (954) 318-0268<br>*Admitted pro hac vice |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAMEL TOURE and ANDREA BURCH, individually and on behalf all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>AMERIGROUP CORP. and AMERIGROUP NEW YORK, LLC d/b/a Amerigroup Community Care,<br><br>       Defendants. | 10 Civ. 5391 (RLM) |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

  For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and in the Declaration of Rachel Bien and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

  (1)  awarding Class Counsel attorneys' fees of $1,483,333;

  (2)  awarding Class Counsel costs of $32,000; and

  (3)  granting such other, further, or different relief as the Court deems just and proper.

Dated: July 23, 2012
   New York, New York

                 Respectfully submitted,
                 **OUTTEN & GOLDEN LLP**

                 /s/ Rachel Bien
                 Rachel Bien

                 Adam T. Klein
                 Rachel Bien
                 Michael J. Scimone
                 3 Park Avenue, 29th Floor
                 New York, New York 10016
                 Telephone: (212) 245-1000
                 Facsimile: (212) 977-4005

                 **MORGAN & MORGAN, P.A.**
                 Carlos V. Leach*
                 Andrew R. Frisch
                 6824 Griffin Road
                 Davie, Florida 33314
                 Telephone: (954) 318-0268
                 Facsimile: (954) 333-3515
                 *Admitted pro hac vice

                 *Attorneys for Plaintiffs and the Class*